UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. VENKAT GUNTIPALLY
5:16-CR-00189-LHK-2

**Court Proceedings:** Change of Plea Hearing, Monday, April 24, 2017
**Location/Time in Court**: Courtroom 8, 2:30-2:56 p.m. (26 minutes)

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Lee-Anne Shortridge
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Timothy Lucey for the United States of America
**Representing Defendant:** Attorney Peter Leeming for Venkat Guntipally

Defendant was present and out of custody.  Defendant was sworn-in by the Courtroom Deputy.

A Plea Agreement was **EXECUTED** in open court with modifications made on the record. Defendant **ENTERED** a guilty plea as to Count One (1) of the Indictment (ECF No. 112).  The Court **ACCEPTED** the plea and found the Defendant made a knowing, intelligent, free and voluntary waiver of rights and entry of a guilty plea as to each of Count One, and the count was supported by an independent factual basis.

The Court **REFERRED** Defendant to the office of U.S. Probation for preparation of a Presentence Investigation Report.

Court orders Plea Agreement and transcript **SEALED**.

All filing deadlines, 6/28/17 Pretrial Conference, and trial dates commencing July 10, 2017 are vacated as to this defendant only.

Status Conference **SET** for **Wednesday, May 24, 2017 at 9:15 a.m.**

Court adjourned.