UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VENKAT GUNTIPALLY,<br><br>Defendant. | Case No.16-CR-00189-LHK-2<br>Case No. 19-CV-00098-LHK<br><br>**JUDGMENT FOR 28 U.S.C. § 2255 PROCEEDINGS**<br><br>Re: Dkt. No. 401 |

On August 19, 2019, the Court denied the motion to vacate, set aside or correct the sentence pursuant to 28 U.S.C. § 2255. ECF No. 401. The Clerk shall enter judgment in favor of the United States of America and against Venkat Guntipally. Venkat Guntipally shall obtain no relief by way of the § 2255 motion. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge